UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE: G. LEE L, INC. D/B/A THE HUT RESTAURANT,     CASE NO13-40708TLH4
                                                    CHAPTER 7
       Debtor.
_____/

REPORT AND NOTICE OF INTENTION
TO SELL (AT AUCTION) PROPERTY OF THE ESTATE

TO: Debtor(s), Creditors, and Parties in Interest:

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. THE TRUSTEE CANNOT GIVE LEGAL ADVICE.**

> **Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you objection to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Trustee, Theresa M. Bender, P.O. Box 14557, Tallahassee, FL. 32317.**
>
>     **If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and my grant the relief requested.**

      NOTICE IS HEREBY GIVEN Theresa M Bender, Trustee of the bankruptcy estate of the above-named debtor(s) intends to sell the following property of the referenced bankruptcy estate under the terms and conditions set forth below.

**TIME, PLACE AND DATE OF AUCTION:**
January 10, 2015; 10:00 O'CLOCK A.M. CENTRAL TIME. at the Fairgrounds, Lewis Turner Blvd., Ft. Walton Beach, Florida 32547.  (Contact Auctioneer for directions). www. Nwflauctiongroup.com. Toll Free-1800-858-3869.

1. **Description of Property:**    INVENTORY, EQUIPMENT AND MACHINERY

2. **Manner of Sale:**    Public Auction by Northwest Florida Auction Group, Inc., Ft. Walton Beach, Florida (850) 862-0914.

3. **Terms of Sale:**    Subject to all liens and encumbrances; cash only at auction; property to be sold AS IS, WHERE IS, no warranties express or implied. (Unless noted by Auctioneer.). No Buyer's premium. SOLD ABSOLUTE. Buyer's responsibility to perform due diligence.

(a) To:    General public.
(b) Sale Price:    **Highest bidder(s) for cash.**

4. **Lienors (if any):**    This sale is subject to any scheduled liens as set forth above, or as otherwise noted by the Auctioneer. The Purchaser(s) is/are responsible for all payments to Lienors. TRUSTEE KNOWS OF NO KNOWN LIENS.

Dated: 12/15/2014    /s/Theresa M. Bender
THERESA M. BENDER, CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
Fl. Bar # 0749486

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Report and Notice of Intention to Sell (at Auction) Property of the Estate has been furnished by Electronic/U.S. mail to: Brian Sparling of Northwest Florida Auction Group, Inc. 1319 Lewis Turner Blvd,  Ft. Walton Beach, FL. 32547 (Brian@nwflauctiongroup.com); Charles F. Edwards, Esquire, U. S. Trustee, 110 East Park Ave, Suite 128, Tallahassee, FL 32301; and all persons on the Court's mailing matrix.

Dated: 12/15/2014    /s/Theresa M. Bender

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 13-40708-KKS<br>Northern District of Florida<br>Tallahassee<br>Mon Dec 15 10:00:56 EST 2014 | (p)CENTENNIAL BANK ATTN SPECIAL ASSETS<br>P O BOX 1028<br>CABOT AR 72023-1028 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | G. Lee L, Inc. d/b/a The Hut Restaurant<br>Post Office Box 866<br>Apalachicola, FL 32329-0866 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Secretary of the Treasury<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Thomson Brock Luger & Co.<br>3375-G Capital Circle N.E.<br>Tallahassee, FL 32308-3798 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 |
| (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| Business First Insurance Co.<br>P.O. Box 32034<br>Lakeland, FL 33802-2034 | Centennial Bank<br>c/o Rick A. Savage, Esq.<br>P.O. Box 385<br>Tallahassee, FL 32302-0385 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Coast Line Electronics<br>378 Brownsville Road<br>Apalachicola, FL 32320-1231 | Daffin Food Service<br>P.O. Box 779<br>Marianna, FL 32447-0779 | Duke Energy<br>P.O. Box 1004<br>Charlotte, NC 28201-1004 |
| Eastpoint Water & Sewer<br>40 Island Drive<br>Eastpoint, FL 32328-3216 | Ecolab, Inc.<br>P.O. Box 905327<br>Charlotte, NC 28290-5327 | FairPoint Communications<br>521 East Morehead Street<br>Charlotte, NC 28202-2631 |
| Fairpoint Communication<br>P.O. Box 580028<br>Charlotte, NC 28258-0028 | Ferrellgas<br>P.O. Box 173940<br>Denver, CO 80217-3940 | Ferrellgas Inc<br>One Liberty Plaza MD 40<br>Liberty Mo 64068-2971 |
| Internal Revenue Service<br>Bankruptcy Code 505 Requests<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kelley Foods<br>P.O. Box 708<br>Elba, AL 36323-0708 | Millender & Sons Sfd.<br>P.O. Box 1118<br>Carrabelle, FL 32322-1118 |
| Orkin Pest Control<br>1516 Saint Andrews Blvd.<br>Panama City, FL 32405-2836 | Premium Assignment Corp<br>P.O. Box 8000<br>Tallahassee, FL 32314-8000 | Premium Assignment Corporation<br>Attn: Kelton M. Farris<br>3522 Thomasville Rd., Suite 400<br>Tallahassee, FL 32309-3488 |

| | | |
|---|---|---|
| Robert Saker and Lucille Saker<br>Post Office Box 866<br>Apalachicola, FL 32329-0866 | State of Florida Dept. of Revenue<br>PO Box 5800<br>Tallahassee, FL 32314-5800 | U.S. Foods Inc.<br>P.O. Box 405873<br>Atlanta, GA 30302 |
| United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Waste Pro-Tallahassee<br>P.O. Box 79368<br>Baltimore, MD 21279-0368 | Weston Insurance Company<br>P.O. Box 971122<br>Coconut Creek, FL 33097-1122 |
| XM Radio for Business<br>8727 148th Ave NE<br>Redmond, WA 98052-3483 | Zenith Insurance Co.<br>3504 Lake Lynda Drive, Suite 200<br>Orlando, FL 32817-1484 | Robert C. Bruner<br>261 Pinewood Drive<br>Tallahassee, FL 32303-8510 |
| Theresa M. Bender<br>P.O. Box 14557<br>Tallahassee, FL 32317-4557 | Theresa M. Bender, P.A.<br>PO Box 14557<br>Tallahassee, FL 32317-4557 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Centennial Bank<br>620 Chestnut Street<br>Conway, AR 72032 | U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-1323 | (d)Centennial Bank<br>620 Chestnut Street<br>Conway, AR 72032 |
| Citi Business Card<br>P.O. Box 183037<br>Columbus, OH 43218 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                  40 | |